BEFORE THE THIRD DIVISION, JANUARY 31, 1947

**No. 51548.**—Protests 541055–G, etc., of Fujii Junichi Shoten, Ltd., et al. (Honolulu).

Opinion by CLINE, J. It was stipulated that the merchandise is bean flour similar in all material respects to that which was passed upon in *Togasaki* v. *United States* (23 C. C. P. A. 342, T. D. 48197). In accordance therewith the claim at 35 percent under paragraph 775 was sustained.

**No. 51549.**—Protest 47439–K of Woodward & Lothrop (Baltimore).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protest was sustained to this extent.